**THE CASEY LAW FIRM, LLC**
Ryan Casey, Esq., State Bar No. 152824
ryan@rcaseylaw.com
20 NE Thompson Street
Portland, OR 97212
Tel: (503) 928-7611
Fax: (503) 345-7470

[Additional counsel on signature page.]

*Attorneys for Plaintiff and the Class*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SCOTT GILMORE, a consumer residing in Oregon, individually and on behalf of all others situated,<br><br>             Plaintiff,<br><br>       v.<br><br>MONSANTO COMPANY, a foreign corporation; BAYER CORPORATION, a foreign corporation; BAYER AG, a foreign corporation; and DOES 1 through 100, inclusive,<br><br>             Defendants. | Case No. 3:19-cv-01123-SB<br><br>**PLAINTIFF'S NOTICE OF ERRATA CORRECTING THE CAPTION PAGE ON PLAINTIFF'S CLASS ACTION ALLEGATION COMPLAINT**<br><br>Mag. Judge:   Hon. Stacie F. Beckerman<br>Courtroom:    927<br>Trial:              *none set* |

PLAINTIFF'S NOTICE OF ERRATA – Page 1

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff SCOTT GILMORE ("Plaintiff") hereby files this Notice of Errata to correct the caption page on Plaintiff's Class Action Allegation Complaint (the "Complaint") (Dkt. No. 1).

Plaintiff hereby amends the caption page as follows: In his initial filing, Plaintiff inadvertently filed the Complaint with a typographic error on the caption page, incorrectly identifying Plaintiff as "Scott v." Notwithstanding this error, the body of the Complaint correctly states Plaintiff's full name, which is "Scott Gilmore." Plaintiff is re-filing the caption page to remedy this issue. The correct caption page is attached hereto as Exhibit A.

Dated: August 1, 2019            Respectfully submitted,

**THE CASEY LAW FIRM, LLC**

/s/ Ryan Casey
Ryan Casey (OSB # 152824)
ryan@rcaseylaw.com
20 NE Thompson Street
Portland, Oregon 97212
Tel: (503) 928-7611
Fax: (503) 345-7470

Gillian L. Wade (*pro hac vice*)
Sara D. Avila (*pro hac vice*)

Marc A. Castañeda (*pro hac vice*)
**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067
Tel.: (310) 396-9600
Fax: (310) 396-9635

*Counsel for Plaintiff*

**EXHIBIT A**

**THE CASEY LAW FIRM, LLC**
Ryan Casey, Esq., State Bar No. 152824
ryan@rcaseylaw.com
20 NE Thompson Street
Portland, OR 97212
Tel: (503) 928-7611
Fax: (503) 345-7470

**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**
Gillian L. Wade (*to apply pro hac vice*)
Sara D. Avila (*to apply pro hac vice*)
Marc A. Castaneda (*to apply pro hac vice*)
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067
Tel.: (310) 396-9600
Fax: (310) 396-9635

*Attorneys for Plaintiff and the Class*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SCOTT GILMORE, a consumer residing in Oregon, individually and on behalf of all others situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MONSANTO COMPANY, a foreign corporation; BAYER CORPORATION, a foreign corporation, BAYER AG; a foreign corporation; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 3:19-cv-1123<br><br>**CLASS ACTION ALLEGATION COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

CLASS ACTION ALLEGATION COMPLAINT – Page 1