Nancy M. Erfle, OSB No. 902570
nerfle@grsm.com
Direct Dial: (503) 382-3852
Sean Stokes, OSB No. 191868
stokes@grsm.com
Direct Dial: (503) 382-3892

GORDON REES SCULLY MANSUKHANI, LLP
121 SW Morrison Street, Suite 1575
Portland, OR 97204
Facsimile:  (503) 616-3600

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| SCOTT GILMORE, a consumer residing in Oregon, individually and on behalf of all others situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MONSANTO COMPANY, a foreign corporation; BAYER CORPORATION, a foreign corporation, BAYER AG, a foreign corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:19 v 01123-SB<br><br>**STIPULATED MOTION TO EXTEND DEADLINE** |

COMES NOW Defendants Monsanto Company, Bayer Corporation and Bayer AG ("Defendants) and bring this Stipulated Motion to Extend Deadline to respond to Plaintiff's Complaint.

Page 1 of 2 – **STIPULATED MOTION TO EXTEND DEADLINE**

**Gordon Rees Scully Mansukhani,** LLP
121 SW Morrison Street, Suite 1575
Portland, OR 97204
Facsimile: (503) 616-3600

### LCR 7(b)(2) Certification

The Parties conferred on the underlying stipulated motion prior to filing and agreed to the content herein.

### Motion

Pursuant to FRCP 6(b) and LCR 7(b)(2), Defendants respectfully move this Court for an order extending time in which to file its response to Plaintiffs' Complaint to October 25, 2019. Plaintiffs' counsel stipulates to this extension.

The parties submit this motion in good faith.  It is the parties' first request for an extension, it will not unduly burden either party, and it is not done with the intent to delay the litigation of the case.

Accordingly, for the foregoing reasons, Defendants respectfully request this Court to grant its motion for extension of time.

Dated: August 26, 2019.            GORDON REES SCULLY MANSUKHANI, LLP

By: */s Nancy M. Erfle*
Nancy M. Erfle, OSB No. 902570
nerfle@grsm.com
Direct Dial: (503) 382-3852
Sean Stokes, OSB No. 191868
stokes@grsm.com
Direct Dial: (503) 382-3892

Attorneys for Defendants